**Aubrey D. SCOTT, Plaintiff–Appellant,**

v.

**Dr. James LEE, M.D.;  Dr. Geralo Jordon, Surgeon;  Dr. Leonard J. Weireter, Surgeon, Defendants–Appellees.**

**Aubrey D. Scott, Plaintiff–Appellant,**

v.

**Dr. James Lee, M.D.;  Dr. Geralo Jordon, Surgeon;  Dr. Leonard J. Weireter, Surgeon, Defendants–Appellees.**

**Nos.  02–6997, 02–7004.**

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 10, 2002.

Decided Oct. 17, 2002.

Aubrey D. Scott, Appellant Pro Se.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Aubrey D. Scott appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Scott v. Lee*, No. CA–01–757–3 (E.D.Va. May 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*